**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RALPH HALDERMAN, JR., INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,** | § | |
| | § | **Case No. 4:26-cv-1636** |
| **Plaintiff,** | § | |
| **v.** | § | |
| **JUST 7, INC., RIYAD HOSSAINY, FARABI INVESTMENT, INC., AND ULTRA PIT CORP.** | § | |
| **Defendants.** | § | |

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel certifies that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

1. Ralph Halderman, Jr., Plaintiff;
2. Just 7, Inc., Defendant;
3. Riyad Hossainy, Defendant;
4. Farabi Investment, Inc., Defendant;
5. Ultra Pit Corp., Defendant;
6. Douglas B. Welmaker and Welmaker Law, PLLC, counsel for Plaintiff; and
7. Josef F. Buenker and The Buenker Law Firm, counsel for Plaintiff.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: *<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR PLAINTIFF**

THE BUENKER LAW FIRM
P.O. Box 10099
Houston, Texas 77206
Tel: (713) 868-3388
Fax: (713) 683-9940

*<u>/s/ Josef F. Buenker</u>*
Josef F. Buenker
Texas State Bar No. 03316860
jbuenker@buenkerlaw.com

ATTORNEYS FOR PLAINTIFF