**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| Ralph Halderman, Jr., Individually and On Behalf of Others Similarly Situated, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-01636-SDJ |
| Just 7, Inc., Riyad Hossainy, Farabi Investment, Inc., and Ultra Pit Corp., | § | |
| Defendants. | § | |

**Notice of Appearance of Josef F. Buenker**

Josef F. Buenker of The Buenker Law Firm appears in this case as counsel for Plaintiff Ralph Halderman, Jr. and asks the Clerk to add him to the docket so that he receives notice of every filing. Douglas B. Welmaker of Welmaker Law, PLLC remains attorney-in-charge for Plaintiff.

Respectfully submitted,

**THE BUENKER LAW FIRM**

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
jbuenker@buenkerlaw.com
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile

**ATTORNEY FOR PLAINTIFF**
**RALPH HALDERMAN, JR.**

**Certificate of Service**

I hereby certify that on November 9, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF filing system.

*/s/ Josef F. Buenker*
Josef F. Buenker